UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES G. CONNELL, III**<br>　　7604 Edenwood Court<br>　　Bethesda, MD 20817<br><br>　　Plaintiff<br><br>v.<br><br>**CENTRAL INTELLIGENCE AGENCY,**<br>　　Washington, DC 20505<br><br>　　Defendant | Case No. 25-cv-273 |

# COMPLAINT

This is an action under the Freedom of Information Act, ("FOIA"), 5 U.S.C. § 552, *et seq.*, for the disclosure of agency records pertaining to a list of specifically identified words that exist in records and communications between the Central Intelligence Agency (CIA) and the Federal Bureau of Investigation (FBI) between 2003 and 2007. This Complaint is based entirely on unclassified information. The CIA has improperly withheld these documents.

## Jurisdiction

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## Venue

2. Venue lies in this District under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

1

Parties

3. Plaintiff, James G. Connell, III, is an attorney who has requested the records in question. Plaintiff requested the records for use in a pending criminal trial and prompt release of the information is essential to his representation of his client.

4. Defendant, CIA, is an agency within the meaning of 5 U.S.C. § 551(1) and 5 U.S.C. § 552(f) and has possession and/or control over the records at issue in this action.

Cause of Action

5. On December 20, 2021, Mr. Connell electronically filed his FOIA request to the CIA.

> Any and all records containing the word(s) "inexorable", "postdiluvian", and/or "braintrust" in the correspondence or report subject or citation line, and any and all records of investigations marked as "inexorable", "postdiluvian", and/or "braintrust". Responsive documents will include TD-314s, TDX-315s, critical information reports, intelligence requirements, cables, emails, and lotus notes with at least one of the words in quotations above in the subject line or as part of the label of the investigation.

Attachment 1.

7. The CIA acknowledged receipt of Mr. Connell's FOIA request on December 22, 2021. Attachment 2.

8. On September 1, 2022, the CIA requested additional information from Mr. Connell for his request. The CIA stated that it was "unable to process [Mr. Connell's] request in its current form because it is not, as is required under the FOIA, 'reasonably described.'" Attachment 3.

9. On October 7, 2022, Mr. Connell sent additional information to CIA on October 7, 2022, via certified mail:

> Below is additional information and details for my request:
>
> Any and all documents, FD-302s, TD-314s, TDX-315s, intelligence information reports, electronic communications, instant message traffic, emails, and lotus notes sent internally within CIA, from CIA to FBI, or from FBI to CIA during the period 2003 to 2007 that contain any one of the following words or phrase:
>
> - Inexorable,
> - Postdiluvian,
> - Braintrust,
> - Brain Trust.
>
> This request also includes any and all documents, FD-302s, TD-314s, TDX-315s, intelligence information reports, electronic communications, instant message traffic, emails, and lotus notes sent internally within CIA, from CIA to FBI, or from FBI to CIA during the period 2003 to 2007 that are saved electronically with a file name that contains any of the four words or phrase listed above.

Attachment 4.

10. Mr. Connell provided the CIA with specific words to search its records and also identified the specific types of records that would include responsive documents. He also identified where the search terms would be in the documents.

11. On September 8, 2023, Mr. Connell sent via certified mail a letter to the CIA to follow up on his FOIA request. He asked the agency when he could expect to receive a response or if further clarification was needed for his request. Attachment 5.

12. The CIA responded on April 10, 2024, stating that the agency had received the additional information that Mr. Connell sent eighteen months before, but nevertheless inadvertently closed Mr. Connell's request due to an administrative oversight. The CIA stated that it had reopened Mr. Connell's FOIA request with new reference number. The CIA estimated October 17, 2025, to be the completion date for searching the requested record.

13. Despite the properly placed request, the CIA has failed to provide a response within the statutorily-mandated time frame of 20 working days for the request.

14. Mr. Connell has a right of access to the requested information under 5 U.S.C. § 552(a)(3) and no legal basis exists for the CIA's failure to produce all of the requested records that do not fall under a FOIA exemption.

WHEREFOR Plaintiff James G. Connell, III, respectfully asks that this Court:

(1) Orders the defendant to disclose the requested records in their entirety and make copies promptly available to him;

(2) Expedite this proceeding as provided in 28 U.S.C. § 1657(a);

(3) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d); and

(4) Grant such other relied as the Court may deem just and proper.

Respectfully submitted,

*s/ Meghan Skelton*
Meghan Skelton
D.C. Bar # 475634
SkeltonLaw, LLC
P. O. Box 308
Cabin John, MD 20818
240-425-2280
meghan@skelton.law

*Counsel for Plaintiff*

Dated: January 30, 2025

Attachments

1. Plaintiff's December 20, 2021 electronic FOIA request

2. Defendant's December 22, 2021 acknowledgment letter

3. Defendant's September 1, 2022 letter

4. Plaintiff's October 7, 2022 response and certified mail receipt

5. Plaintiff's September 8, 2023 follow-up letter and certified mail receipt

6. Defendant's April 10, 2024 letter